## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **JOSEPH D. BLUEFORD**<br>**L.A. DOC # 393195** | **CIVIL ACTION NO. 3:17-CV-00639** |
| **VERSIS** | **JUDGE TERRY A. DOUGHTY** |
| **TIMOTHY HOOPER, WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in the Ruling of the Court,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* [Doc. No. 1] filed by Petitioner Joseph D. Blueford is **DENIED**.

Monroe, Louisiana, this 1st day of November, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**